**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 111 WAL 2017
:
Respondent   :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
v.   :
:
:
SHAWN LEON WILLIAMS,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal and Application for Exceptional Jurisdiction and Extraordinary Relief are **DENIED**.